# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELYN CHESSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-01-315 |
| | § | |
| DARRELL HALL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This court held a docket call on September 14, 2007. *Pro se* plaintiff Joel Bergkvist advised the court of a problem in obtaining a subpoena to his mortgage lender, Washington Mutual. The Clerk's office has issued the subpoena on behalf of Mr. Bergkvist. Washington Mutual will have fourteen (14) days from the date of service to respond to the subpoena.

SIGNED on September 17, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge